## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Gene Billetdeaux<br>         Lorrie Sue Billetdeaux a/k/a<br>Lorrie Fisher, a/k/a Lorrie Barta<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-70093 JAD |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
18 Mar 2024, 16:36:14, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com