## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-70093 JAD |
| GREGORY GENE BILLETDEAUX and | : | |
| LORRIE SUE BILLETDEAUX | : | |
| Debtors | : | |
| | : | Chapter 13 |
| GREGORY GENE BILLETDEAUX and | : | |
| RONDA WINNECOUR, Trustee, | : | Motion No. ■ WO-1 |
| v.  Movants | : | |
| | : | |
| | : | Doc. No. 23 |
| CVS PA DISTRIBUTION, LLC | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE OF ORDER OF ORDER ON MOTION TO ATTACH WAGES AND NOTICE OF SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **10 April 2024.**

The types of service made on the parties was:

**USPS First Class Mail:**

CVS PA Distribution, LLC
Attn: Payroll
1 CVS Drive
Woonsocket, RI 02095


Date: 10 April 2024                                    Respectfully Submitted,

                                                       /s/ Jeffrey W. Ross Esq.
                                                       Jeffrey W. Ross, Esq.
                                                       PA Bar ID No. 201479
                                                       Harold Shepley & Associates, LLC
                                                       209 West Patriot Street
                                                       Somerset, PA 15501
                                                       T 814-444-0500
                                                       F 814-444-0600
                                                       jross@shepleylaw.com