# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-70093 JAD |
| GREGORY GENE BILLETDEAUX and | : | |
| LORRIE SUE BILLETDEAUX | : | |
| Debtors | : | |
| | : | Chapter 13 |
| GREGORY GENE BILLETDEAUX and | : | |
| RONDA WINNECOUR, Trustee, | : | Motion No. ■ WO-1 |
| v.     Movants | : | |
| | : | |
| | : | Doc. No. 39 |
| CVS PA DISTRIBUTION, LLC | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER OF ORDER ON MOTION TO ATTACH WAGES AND NOTICE OF SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **29 July 2024.**

The types of service made on the parties was:

**USPS First Class Mail:**

CVS PA Distribution, LLC
Attn: Payroll
1 CVS Drive
Woonsocket, RI 02095


Date: 29 July 2024                                      Respectfully Submitted,

/s/ Jeffrey W. Ross Esq.
Jeffrey W. Ross, Esq.
PA Bar ID No. 201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com