**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY GENE BILLETDEAUX<br>LORRIE SUE BILLETDEAUX<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:24-70093 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/12/2024 and confirmed on 04/23/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,847.02 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,847.02 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 530.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 530.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 8,316.20 | 0.00 | 8,316.20 |
|   Acct: 2975 | | | | |
| PENNYMAC LOAN SERVICES LLC | 15,538.18 | 0.00 | 0.00 | 0.00 |
|   Acct: 2975 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,072.93 | 0.00 | 0.00 | 0.00 |
|   Acct: 7511 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8300 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9694 | | | | |
| | | | | 8,316.20 |
| **Priority** | | | | |
| JEFFREY W ROSS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GREGORY GENE BILLETDEAUX | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JEFFREY W ROSS ESQ | 3,513.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2975 | | | | |
| PENNYMAC LOAN SERVICES LLC | 1,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2975 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| AMERICAN FIRST FINANCE LLC | 491.14 | 0.00 | 0.00 | 0.00 |
| Acct: 3242 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 552.75 | 0.00 | 0.00 | 0.00 |
| Acct: 4842 | | | | |
| UPMC PHYSICIAN SERVICES | 1,021.69 | 0.00 | 0.00 | 0.00 |
| Acct: 6032 | | | | |
| UPMC PHYSICIAN SERVICES | 385.61 | 0.00 | 0.00 | 0.00 |
| Acct: 7497 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0178 | | | | |
| COMCAST | 472.45 | 0.00 | 0.00 | 0.00 |
| Acct: 2828 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2739 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6565 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 476.02 | 0.00 | 0.00 | 0.00 |
| Acct: 0725 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 593.70 | 0.00 | 0.00 | 0.00 |
| Acct: 8336 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4206 | | | | |
| LVNV FUNDING LLC | 435.59 | 0.00 | 0.00 | 0.00 |
| Acct: 4942 | | | | |
| MERRICK BANK | 978.38 | 0.00 | 0.00 | 0.00 |
| Acct: 3881 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,717.99 | 0.00 | 0.00 | 0.00 |
| Acct: 3194 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,239.44 | 0.00 | 0.00 | 0.00 |
| Acct: 7284 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 599.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4859 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 7,139.45 | 0.00 | 0.00 | 0.00 |
| Acct: 8300 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7511 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4633 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7625 | | | | |
| FINWISE BANK | 390.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9282 | | | | |
| RECOVERY ONE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0887 | | | | |
| SOMERSET COUNTY DRS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| STONER QUALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 82N1 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5821 | | | | |
| VELOCITY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1716 | | | | |

| 24-70093 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| COMCAST | 177.60 | 0.00 | 0.00 | 0.00 |
| Acct: 8294 | | | | |
| PENELEC/FIRST ENERGY** | 9,979.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5859 | | | | |
| AMERICAN FIRST FINANCE LLC | 336.63 | 0.00 | 0.00 | 0.00 |
| Acct: 9284 | | | | |
| US DEPARTMENT OF EDUCATION | 33,290.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6032 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GA | 921.71 | 0.00 | 0.00 | 0.00 |
| Acct: 9020 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 8,316.20 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 1,500.00 |
|---|---|
| SECURED | 17,611.11 |
| UNSECURED | 63,199.82 |

Date: 04/03/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com